**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6010**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOHN E. BROWN,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Dennis W. Shedd, District Judge. (CR-97-687, CA-00-2758-3-19)

───────────

Submitted:  March 8, 2001          Decided:  March 16, 2001

───────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

John E. Brown, Appellant Pro Se.  Robert Claude Jendron, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John E. Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Brown</u>, Nos. CR-97-687; CA-00-2758-3-19 (D.S.C. Oct. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>